JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| K-SWISS INC., a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>GTFM, INC., a New York corporation, et al.<br><br>Defendant. | Case No.: CV 04-8890 RJK (RCx)<br><br>**ORDER DISMISSING WITH PREJUDICE** |

In accordance with the stipulation by the parties and Federal Rule of Civil Procedure 41, this Court hereby DISMISSES this action with prejudice but RETAINS jurisdiction to enforce the settlement agreement between the parties.

**IT IS SO ORDERED**

Dated: August 28, 2008

*/s/ Robert J. Kelleher*
Robert J. Kelleher
United States District Judge